# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

IN RE:                                           CASE NO.  18-50006-KKS
  JERMAINE RICHARD DAVENPORT
  DEBTOR                                          CHAPTER 13

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARINGS WITH NEGATIVE NOTICE ON FIRST AMENDED CHAPTER 13 PLAN (DOC. 49)

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARINGS

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P.9006 (f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL  32301, and serve a copy on the movant's attorney, Shayna Parrish Marsteller, Esq., Marsteller Law Office, LLC., P. O. Box 1513, Crestview, FL  32536 and any other appropriate person within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

November 20, 2018            /s/ Shayna Parrish Marsteller
Date                         **Shayna Parrish Marsteller, Attorney**
                             Marsteller Law Office, LLC
                             Florida Bar No. 580961

1

P. O. Box 1513
Crestview, FL  32536
(850) 497-2500 Telephone
spm@marstellerlawoffice.com
www.marstellerlawoffice.com
Attorney for the Debtor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, as well as, a copy of Debtor's First Amended Chapter 13 Plan (Doc. 49) has been filed electronically and furnished by U. S. Mail or via the Courts electronic case filing/case management system to all persons on the attached Court's mailing matrix on November 20, 2018

November 20, 2018
Date

/s/ Shayna Parrish Marsteller
**Shayna Parrish Marsteller, Attorney**
Marsteller Law Office, LLC
Florida Bar No. 580961
P. O. Box 1513
Crestview, FL  32536
(850) 497-2500 Telephone
spm@marstellerlawoffice.com
www.marstellerlawoffice.com
Attorney for the Debtor

Label Matrix for local noticing
1129-5
Case 18-50006-KKS
Northern District of Florida
Panama City
Tue Nov 20 13:17:49 EST 2018

Jermaine Richard Davenport
3906 Becora Court
Panama City, FL 32405-3245

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Innovations Federal Credit Union
c/o Chad D. Heckman
P.O. Box 12492
Tallahassee, FL 32317-2492

U.S. Attorney (Tallahassee Office)
111 N. Adams Street
Fourth Floor
Tallahassee, FL 32301-7736

U.S. Bank National Association
c/o Wanda D. Murray, Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1623

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

Capio Partners Llc
2222 Texoma Pkwy Ste 150
Sherman, TX 75090-2481

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Gulf Coast Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Innovations Federal Credit Union
PO Box 15529
Panama City, FL 32406-5529

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301-7441

US Bank National Association
Albertelli Law
P. O. Box 23028
Tampa, FL 33623-2028

Us Bank Home Mortgage
Attn: Bankruptcy Department
Po Box 5229
Cincinnati, OH 45201-5229

Verizon
Attn: Wireless Bankrupty Admin
500 Technology Dr Ste 500
Weldon Springs, MO 63304-2225

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK  73124-8838

United States Trustee +
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Leigh D. Hart +
P.O. Box 646
Tallahassee, FL 32302-0646

Jeff Sessions +
Office of the Attorney General
Main Justice Bldg., Rm. 511
Tenth & Constitution
Washington, DC 20530-0001

Secretary of the Treasury +
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

Internal Revenue Service +
P.O. Box 7346
Philadelphia, PA 19101-7346

Chad D. Heckman +
Heckman Law Group
Attorneys and Counselors at Law
P.O. Box 12492
Tallahassee, FL 32317-2492

Shayna Parrish Marsteller +
Allen Chern LLC
P.O. Box 1513
Crestview, FL 32536-7513

Wanda Deborah Murray +
Aldridge Pite LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1636

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Securities & Exchange Commission
Branch of Reorganization
3475 Lenox Rd., N.E. Suite 100
Atlanta, GA 30326-1323

U.S. Bank National Association
c/o U.S. Bank Home Mortgage,
a division of U.S. Bank N.A.
4801 Frederica Street
Owensboro, Kentucky 42301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Innovations Federal Credit Union
c/o Chad D. Heckman
P.O. Box 12492
Tallahassee, FL 32317-2492

(d)Leigh D. Hart +
P.O. Box 646
Tallahassee, FL 32302-0646

End of Label Matrix
Mailable recipients     25
Bypassed recipients      2
Total                   27